UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> HERBERT WRIGHT III, a/k/a "Herb," "Lil Herb," "G Herbo," and "Herbert Light," <br><br> Defendant | Criminal No. 21-CR-300____-MGM <br><br> Violation: <br><br> Count One: False Statements <br> (18 U.S.C. § 1001(a)(2)) |

INFORMATION

COUNT ONE
False Statements
(18 U.S.C. § 1001(a)(2))

The United States Attorney charges:

On or about November 24, 2018, in the Northern District of Ohio, the defendant, HERBERT WRIGHT III, a/k/a "Herb," "Lil Herb," "G Herbo," and "Herbert Light," knowingly and willfully made the following materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, during a voluntary interview with a Special Agent of the United States Secret Service and a Special Agent of the Federal Bureau of Investigation, the defendant stated: (a) he never worked with or was assisted by Antonio Strong ("Strong"); (b) he never provided Strong any money; (c) he never received any thing of value from Strong; and (d) he had no direct relationship with Strong.   In truth and in fact, as the defendant knew: (a) since at least 2016, Strong worked with and assisted him; (b) he provided Strong money; (c) he received things of value from Strong, including private jet charters, luxury accommodations, and exotic car rentals; and (d) he had frequent direct contact with Strong, including telephone conversations, text messages, and

Instagram direct messages.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Dated: April 23, 2021

                                         NATHANIEL R. MENDELL
                                         ACTING UNITED STATES ATTORNEY

STEVEN BRESLOW
Digitally signed by STEVEN BRESLOW
Date: 2021.04.23 11:17:45 -04'00'

By:    */s/ Steven H. Breslow*
       STEVEN H. BRESLOW
       Assistant U.S. Attorney
       United States Attorney's Office
       District of Massachusetts

       DANIEL S. KAHN
       ACTING CHIEF
       DEPARTMENT OF JUSTICE FRAUD
       SECTION

By:    */s/ Andrew R. Tyler*
       ANDREW R. TYLER
       Trial Attorney