JS 45 (5/97) - (Revised USAO MA 3/25/2011)

Case 3:21-cr-30031-MGM   Document 1-1   Filed 05/04/21   Page 1 of 2

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** Secret Service |
| **City** N.D. Ohio (venue waiver) | **Related Case Information:** | |
| **County** N.D. Ohio (venue waiver) | Superseding Ind./ Inf. -- | Case No. |
| | Same Defendant -- | New Defendant -- |
| | Magistrate Judge Case Number -- | |
| | Search Warrant Case Number -- | |
| | R 20/R 40 from District of -- | |

**Defendant Information:**

Defendant Name: Herbert Wright III          Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Chicago, IL

Birth date (Yr only): 1995   SSN (last4#): 6480   Sex: <   Race: Black   Nationality: USA

**Defense Counsel if known:** James Lawson          Address: Prince Lobel
One International Place, Suite 3700
Boston, MA 02110

**Bar Number**

**U.S. Attorney Information:**

AUSA: Steven H. Breslow          Bar Number if applicable

**Interpreter:** ☐ Yes ☑ No          List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/23/2021          Signature of AUSA: STEVEN BRESLOW
Digitally signed by STEVEN BRESLOW
Date: 2021.04.23 11:21:44 -04'00'

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Herbert Wright III

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1001(a)(2) | False Statements to Federal Official | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____